IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR RENEWABLE NATURAL GAS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. __26-1143____ |

**PETITION FOR REVIEW**

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and

Section 307(b) of the Clean Air Act, 42 U.S.C. §7607(b), Coalition for Renewable

Natural Gas ("RNG COALITION") hereby petitions the Court for review of final

agency action by the U.S. Environmental Protection Agency ("EPA") entitled

"Renewable Fuel Standard (RFS) Program: Standards for 2026 and 2027, Partial

Waiver of 2025 Cellulosic Biofuel Volume Requirement, and Other Changes"

(referred to as the "Set 2 Rule"), published at 91 Fed. Reg. 16388 (Apr. 1, 2026).

Such challenge is timely under 42 U.S.C. §7607(b) and properly before the

D.C. Circuit. 91 Fed. Reg. at 16398; Fed. R. App. P. 26(a)(1).

Among other things, EPA finalized a partial waiver of the 2025 cellulosic biofuel volume requirement in the Set 2 Rule. EPA based this partial waiver on similar grounds as outlined in EPA's final rule entitled "Renewable Fuel Standard (RFS) Program: Partial Waiver of the 2024 Cellulosic Biofuel Volume Requirement," published at 90 Fed. Reg. 29751 (July 7, 2025). RNG COALITION has a pending challenge before this Court on the partial waiver of the 2024 cellulosic biofuel volume requirement, Case No. 25-1183.

A copy of the Set 2 Rule is attached to this petition.

Respectfully submitted,

/s/ Sandra P. Franco
Sandra P. Franco
Franco Environmental Law, LLC
600 Pennsylvania Avenue, SE
Unit 15577
Washington, DC 20003
T 202 256-6115
sandra@francoenvironmentallaw.com

*Counsel for Coalition for Renewable Natural Gas*

Dated:  June 1, 2026

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| COALITION FOR RENEWABLE NATURAL GAS, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 26-1143 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Coalition for Renewable Natural Gas ("RNG COALITION") makes the following disclosure:

RNG COALITION has no parent companies, and no publicly held company has a 10% or greater ownership interest. It has not issued shares or debt securities to the public.

RNG COALITION is a non-profit association of companies and organizations dedicated to the advancement of renewable natural gas as a clean, green, alternative, and domestic energy and fuel resource. It advocates on behalf of its members and provides education for the public in support of the sustainable

development, deployment, and utilization of renewable natural gas, including

participating in regulatory proceedings and litigation involving implementation of

the Renewable Fuel Standard program by the U.S. Environmental Protection

Agency, as well as other regulatory actions that may impact the renewable natural

gas industry. RNG COALITION's membership includes companies throughout the

value chain of waste feedstock conversion to transportation fuel under the

Renewable Fuel Standard program. It is a "trade association" as defined in Circuit

Rule 26.1(b).

Respectfully submitted,

/s/ Sandra P. Franco
Sandra P. Franco
Franco Environmental Law, LLC
600 Pennsylvania Avenue, SE
Unit 15577
Washington, DC 20003
T 202 256-6115
sandra@francoenvironmentallaw.com

*Counsel for Coalition for Renewable*
*Natural Gas*

Dated:  June 1, 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| COALITION FOR RENEWABLE NATURAL GAS, | ) ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 26-1143 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that I caused the foregoing Petition for Review and Rule 26.1 Corporate Disclosure Statement to have been served by United States first-class mail this 1st day of June, 2026 upon each of the following:

HON. LEE M. ZELDIN
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code 1101A
Washington, D.C. 20460

HON. SEAN DONAHUE
General Counsel
Correspondence Control Unit
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code: 2310A
Washington, D.C. 20460

HON. TODD BLANCHE
Acting Attorney General
ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources
Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


And to have an electronic courtesy copy (including a copy of the Federal Register

notice) be provided via electronic mail to: Kimere J. Kimball

(kimere.kimball@usdoj.gov).

/s/ Sandra P. Franco
Sandra P. Franco
